**BETTER FOOD CHOICES LLC,**
Plaintiff–Appellant

v.

**MYNETDIARY, INC., Myfitnesspal, Inc., Weight Watchers International, Inc., Defendants–Appellees**

**Weightwatchers.Com, Inc., Amazon.Com, Inc., Apple Inc., Google, Inc., Defendants.**

No. 2015–1304.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2015.

Robert Ames Huntsman, Huntsman Law Group, PLLC, Boise, ID, argued for plaintiff-appellant.

J. Jackson Shrum, Werb & Sullivan, Wilmington, DE, argued for defendant-appellee MyNetDiary, Inc.

J. David Hadden, Fenwick & West, LLP, Mountain View, CA, argued for defendant-appellee MyFitnessPal, Inc. Also represented by Carolyn Chang.

Terence P. Ross, Crowell & Moring, LLP, Washington, DC, argued for defendant-appellee Weight Watchers International, Inc. Also represented by Pilar Stillwater, San Francisco, CA.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.